UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

SALVATORE PELULLO

v.                                                                  Case No. 5:23-cv-189-WFJ-PRL

WARDEN, FCC COLEMAN – LOW

## NOTICE

Respondent, through the undersigned Assistant United States Attorney, hereby files this Notice certifying that FCC Coleman was promptly provided with a copy of this Court's Order, Doc. 22. Personnel at the Bureau of Prisons Designation and Sentence Computation Center are working to update Salvatore Pelullo's FSA time credits.

Respectfully submitted,

ROGER B. HANDBERG
United States Attorney

By:   /s/ Jillian M. Jewell
      JILLIAN M. JEWELL
      Assistant United States Attorney
      Appellate Division
      Florida Bar No. 112974
      400 N. Tampa St., Ste. 3200
      Tampa, FL 33602-4798
      Telephone:  (813) 274-6000
      Facsimile:  (813) 274-6358
      E-mail:     jillian.jewell@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. A true and correct copy of the foregoing document and the notice of electronic filing were also sent by United States Mail to the following non-CM/ECF participant:

Salvatore Pelullo
Reg. No. 52619-066
FCI Coleman Low
P.O. Box 1031
Coleman, FL 33521

                                              */s/ Jillian M. Jewell*
                                              JILLIAN M. JEWELL
                                              Assistant United States Attorney