UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SALVATORE LEONARD PELULLO,**

    Petitioner,

v.                                                            Case No: 5:23-cv-189-WFJ-PRL

**WARDEN, FCC COLEMAN - LOW,**

    Respondent.

_____

## ORDER

Pending before the Court now is Petitioner's Motion for Order of Contempt and Imposition of Sanctions (Doc. 24) wherein he states that Respondent has not complied with the Court's August 13, 2024 Order. That Order directed Respondent as follows:

> BOP must make an individualized determination concerning whether Petitioner participated in BOP programing based on his individualized risk and needs assessment, and whether he complied with the requirements of each particular EBRR Program of PA, during Blocks One, Three, Six, and Eight. BOP must then recalculate Petitioner's time credits accordingly, if appropriate.

(Doc. 22 at 13). In his pending motion, Petitioner claims that the BOP has not complied with the Order, and that the Warden and other staff members claim the Order is invalid. (Doc. 24). On October 4, 2024, Respondent filed a Notice stating that "Personnel at the Bureau of Prisons Designation and Sentence Computation Center are working to update Salvatore Pelullo's FSA time credits." (Doc. 25). Upon due consideration, Petitioner's Motion (Doc. 24) is **DENIED** without prejudice.

I**T IS SO ORDERED.**

**DONE AND ORDERED** at Ocala, Florida, this 15th day of October 2024.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record